## IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY and DANIEL J. ROACH,<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC., A, B, and C fictitious defendants, intending to name those persons, firms or corporations which sold, manufactured and/or installed the refrigertor and its hoses, pipes and connectors; D, E and F, intending to name those persons, firms or corporations which manufactured, sold or placed in the stream of commerce the travel trailer made the basis of this lawsuit,<br><br>Defendants. | RECEIVED<br><br>MAY 2 1 2007<br><br>CLERK<br>U.S. DISTRICT COURT<br>MIDDLE DIST. OF ALA.<br><br>CIVIL ACTION NO. CV-2007-29<br><br>2:07-CV-454-ID |

### NOTICE OF FILING NOTICE OF REMOVAL

TO:   Ruby Jones, Clerk of Circuit Court
      Courthouse
      One Washington Street
      P.O. Box 876
      Hayneville, Alabama 36040

Notice is hereby given that, pursuant to the provisions of 28 U.S.C. §§ 1441 et seq., Defendant Norcold Inc. has on this 21st day of May, 2007, filed with the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, a Notice of Removal to Case No. CV-2007-29 from the Circuit Court for Lowndes County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division. A copy of said Notice of Removal is attached hereto.



Dated this 21st day of May, 2007.

                        Respectfully submitted,

                        */s/ Jennifer Busby*
                        Jennifer M. Busby (BUS009)
                        Attorneys for Defendant
                        NORCOLD, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2007, a true and correct copy of the above and foregoing document was served via United States Mail, first-class postage prepaid, to the following:

William P. Sawyer
428 South Lawrence Street
P.O. Box 98
Montgomery, Alabama 36101

                        */s/ Jennifer Busby*
                        OF COUNSEL