IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY 21  P 4: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STATE FARM MUTUAL AUTO INSURANCE )
COMPANY and DANIEL J. ROACH, )
)
Plaintiffs, )
)
v. )
)
NORCOLD, INC. A, B, and C fictitious )
defendants, intending to name those firms or )  CIVIL ACTION NO. 2:07-CV-454-ID
corporations which sold, manufactured and/or )
installed the refrigerator and its hoses, pipes and )
connectors; D, E and F, intending to name those )
persons, firms or corporations which )
manufactured, sold or placed in the stream of )
commerce the travel trailer made the basis of this )
lawsuit., )
)
Defendants. )

## STATEMENT IN COMPLIANCE WITH RULE FRCP 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Norcold, Inc. states that it is wholly owned by Thetford Corporation, which is wholly owned by The Dyson-Kissner-Moran Corporation. Both corporations are private; thus no public corporation owns 10% or more of Norcold's stock.

*Jennifer Busby*
Jennifer M. Busby (BUS009)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1570835 v1

1

Email: gbusby@burr.com
Attorneys for Defendant
NORCOLD, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2007, a true and correct copy of the above and foregoing document was served via United States Mail, first-class postage prepaid, to the following:

William P. Sawyer
428 South Lawrence Street
P.O. Box 98
Montgomery, Alabama 36101

Jennifer M. Busby

1570835 v1

2