IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE FARM MUTUAL AUTO INS. CO.,    )
et al.,                             )
                                    )
          Plaintiffs,               )
                                    ) CIVIL ACTION NO. 2:07cv454-ID
v.                                  )
                                    )
NORCOLD, INC.,                      )
                                    )
          Defendant.                )

**ORDER**

Upon CONSIDERATION of Defendant Norcold, Inc.'s motion to dismiss, filed

May 24, 2007 (Doc. No. 4), it is ORDERED that Plaintiffs show cause, if any there be,

on or before June 8, 2007, why said motion should not be granted.

DONE this 25th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE