IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL ROACH,<br>    Plaintiff, | )<br>)<br>)<br>) |
| vs. | )    Case No.: 2:07cv454-ID |
| NORCOLD, INC., | )<br>)<br>) |
|     Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT NORCOLD, INC.'S MOTION TO DISMISS**

Comes now the Plaintiff and responds to Defendant's Motion to Dismiss:

1. Plaintiff has filed a Motion for Leave to amend its complaint which will make the evidence conform to the pleadings.
2. There has been no Discovery in this case in order to determine who manufactured the various components of the travel trailer.

                                                        /s/ William P. Sawyer
                                                        William P. Sawyer - SAW003
                                                        Attorney for Plaintiff State Farm Mutual
                                                        Auto Insurance aso Daniel Roach

**CERTIFICATE OF SERVICE**

      I do hereby certify that on June 6, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. Busby, Esq.
Burr & Forman, LLP
420 N. 20th Street, Ste 3400
Birmingham, AL 35203

                                                        /s/ William P. Sawyer
                                                        OF COUNSEL