IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL ROACH,<br>      Plaintiff,<br><br>vs.<br><br>NORCOLD, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2:07cv454-ID<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Comes now the Plaintiff and request leave of Court to amend its complaint as originally filed.

1. Plaintiff was not certain who assembled or manufactured the various parts of the travel trailer at the time of filing the complaint, hence the fictitious defendants.
2. Plaintiff now clearly understands that Norcold, Inc. manufactured the defective refrigerator.
3. FRCP 15 states that leave to amend shall be freely given when justice so requires.

/s/ William P. Sawyer
William P. Sawyer - SAW003
Attorney for Plaintiff State Farm Mutual
Auto Insurance aso Daniel Roach

**CERTIFICATE OF SERVICE**

I do hereby certify that on June 6, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. Busby, Esq.
Burr & Forman, LLP
420 N. 20th Street, Ste 3400
Birmingham, AL 35203

/s/ William P. Sawyer
OF COUNSEL