IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL ROACH,<br>      Plaintiff,<br><br>vs.<br><br>NORCOLD, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2:07cv454-ID<br>)<br>)<br>)<br>)<br>) |

## AMENDMENT TO PLAINTIFF'S COMPLAINT

Comes now the Plaintiff and amends its complaint as follows:

1. By striking any reference to Norcold, Inc. manufacturing the travel trailer.
2. By inserting the allegation that Norcold, Inc. manufactured, assembled, sold and placed in the hands of the ultimate consumer a defective refrigerator which caught fire and caused the travel trailer to burn.
3. By incorporating by reference all of Plaintiff's allegations of negligence, breach of express and implied warranties.

                                                               /s/ William P. Sawyer
                                                               William P. Sawyer - SAW003
                                                               Attorney for Plaintiff State Farm Mutual
                                                               Auto Insurance aso Daniel Roach

## CERTIFICATE OF SERVICE

      I do hereby certify that on June 6, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. Busby, Esq.
Burr & Forman, LLP
420 N. 20th Street, Ste 3400
Birmingham, AL 35203

                                                               /s/ William P. Sawyer
                                                               OF COUNSEL