IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO., et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO. 2:07cv454-ID |
| v. | ) ) |
| NORCOLD, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Norcold, Inc.'s motion to dismiss Counts III and IV of Plaintiffs' amended complaint, it is ordered that Plaintiffs show cause, if any there be, on or before July 12, 2007, why said motion should not be granted.

Done this 28th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE