IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL J. ROACH, <br><br> Plaintiffs, <br><br> v. <br><br> NORCOLD, INC., <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL ACTION NO. 2:07cv454-ID ) ) ) ) ) ) |

## NORCOLD, INC.'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26, defendant Norcold, Inc. submits the following initial disclosures:

### Preliminary Statement

Norcold has made diligent efforts to identify information and documents in its possession, custody and control that are within the categories of such information and documents set forth in Rule 26(a)(1). Norcold reserves the right to supplement this disclosure as discovery unfolds. This initial disclosure represents Norcold's good faith effort, without the benefit of discovery, to comply with Rule 26(a)(1), and is not intended, and should not be construed, as Norcold's opinion or belief as to whether any witnesses identified actually have discoverable information that Norcold may use to support its claims or defenses in this case. If additional documents or witnesses are revealed through discovery, Norcold will identify them pursuant to the applicable provisions of the Federal Rules of Civil Procedure and any order of this Court.

1581661 v1

### Disclosures

1. With respect to Rule 26(a)(1)(A), Norcold believes that the persons listed below may have discoverable information that Norcold may use to support its claims or defenses. The listing of an individual's name below does not in any way imply consent by Norcold to *ex parte* contact of any witness by opposing counsel whom opposing counsel would not be entitled to contact under Professional Rule of Conduct 4.2. *See RentClub, Inc. v. Transamerica Rental Finance Corp.,* 811 F.Supp. 651 (M.D. Fla. 1992), *aff'd*, 43 F.3d 1439 (1995). Norcold asserts that its employees and former employees identified herein may be contacted only through counsel for Norcold.

(a) George Strasburg, Manager, Corporate Product Reliability; c/o Norcold P.O. Box 180, 600 S. Kuther Road, Sidney, Ohio; Knowledge of product

(b) Jeff Negley, Former Director of Engineering, Norcold: contact through counsel; Knowledge of product and conducted inspection

(c) Daniel Roach;

(d) Marilyn Roach;

(e) Any firefighter, police officer, or other rescue personnel with relevant information, or who may have been at the scene of the subject fire;

(f) Any motorists who may have been at the scene of the subject fire;

(g) Clint Massengale, Crain Massengale, Inc.;

(h) Randy Adams, Randy's Wrecking Yard;

(i) Any employee of Randy's Wrecking Yard who has knowledge regarding the travel trailer at issue in this action or information relevant to the claims and defenses in this action;

(j) Robert McAbee, Bankston Motor Homes;

(k) Any employee of the manufacturer of the travel trailer, Monaco Coach Corporation, who has knowledge regarding the travel trailer at issue in this action or information relevant to the claims and defenses in this action;

  (l) Any employee of Bankston Motor Homes who has knowledge regarding the travel trailer at issue, including the sale of the travel trailer, any inspection of the travel trailer and/or any service requested or performed on the subject travel trailer;

  (m) Any employee of Roger McCombs RV Supercenter who has knowledge regarding the travel trailer at issue in this action or information relevant to the claims and defenses in this action;

  (n) Any employee or agent of any manufacturer of any other component part of the travel trailer at issue in this action with any knowledge or information relevant to the claims and defenses in this action;

  (o) Any employee or agent of State Farm who has knowledge regarding any claims made by Mr. and Mrs. Roach or the investigation of this matter;

  (p) Pat Craig, State Farm

  (q) Sallie Johnson, State Farm Claim Representative

  (r) Darlene Boulanger, State Farm Claim Representative

  (s) Any employee or agent of Allstate Insurance Company who has knowledge regarding any claims made by Mr. and Mrs. Roach or the investigation of this matter;

  (t) Connie Long, Allstate Agent

2. Norcold provides the following as a description by category and location of documents in its possession, custody, or control that may be used to support its defenses in this case:

  (a) Documents related to Mr. Roach's travel trailer and any service/repair issues;

  (b) Documents relating to the design, testing and installation of the refrigerator at issue;

  (c) Documents relating to any inspection of the refrigerator allegedly installed in the travel trailer;

  (d) Owner's Manual for the refrigerator allegedly installed in the travel trailer;

  (e) Relevant documents produced in discovery by Norcold or Plaintiffs.

1581661 v1    3

  (f) Any documents obtained from third parties, whether obtained by subpoena or otherwise.

Copies of Norcold's documents, as categorized herein, are located at the offices of its undersigned counsel. Norcold reserves the right to supplement these responses with any newly discovered documents, including, but not limited to, documents that have been subpoenaed or otherwise requested but which have not yet been obtained. Norcold additionally reserves the right to rely upon any documents otherwise made known to Plaintiffs during the discovery process or in writing, without the necessity of further supplementation of these disclosures.

  3. With respect to Rule 26(a)(1)(C), Norcold is not claiming any category of damages against Plaintiffs at this time.

  4. Norocold will make any applicable insurance agreements available for inspection at the offices of Burr & Forman LLP upon reasonable notice by Plaintiffs' counsel.


           /s/ Jennifer M. Busby
           Jennifer M. Busby (BUS009)

           Attorneys for Defendants
           NORCOLD, INC.

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2007, the foregoing was filed electronically with the Clerk of the United States District Court for the Middle District of Alabama using the CM/ECF system, which will send notification of such filing to all counsel of record:

William P. Sawyer
428 South Lawrence Street
P.O. Box 98
Montgomery, Alabama 36101

　　　　　　　　　　　　　　　　　　／s/ Jennifer M. Busby
　　　　　　　　　　　　　　　　Jennifer M. Busby