IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE )<br>COMPANY as subrogee of DANIEL J. ROACH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORCOLD, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 2:07cv454-ID |

## MOTION TO EXTEND THE DEADLINE TO MOVE TO AMEND PLEADINGS

Defendant Norcold, Inc., by and through undersigned counsel, hereby moves to extend the deadline to move to amend its pleadings by thirty days.

1. After this case was filed, Norcold sent a preservation of evidence letter. Norcold has just learned that the travel trailer has been moved without its knowledge.

2. Norcold needs additional time to conduct the necessary discovery and determine whether an amendment is necessary. Thus, Norcold requests that the Court extend the deadline for Norcold to move to amend its pleadings by thirty days.

3. No parties will not be prejudiced by this extension because the discovery cut-off date is August 28, 2008 and the trial is scheduled for October 20, 2008.

WHEREFORE, Defendant Norcold respectfully requests a thirty day extension to move to amend its pleadings.

1604295 v1

        /s/ Jennifer M. Busby
        Jennifer M. Busby (BUS009)

        Attorneys for Defendants
        NORCOLD, INC.

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2007, a true and correct copy of the above and foregoing document was served via the Court's electronic filing system to the following:

William P. Sawyer
428 South Lawrence Street
P.O. Box 98
Montgomery, Alabama 36101

        /s/ Jennifer M. Busby
        Jennifer M. Busby