IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO. )<br>as subrogee of DANIEL J. ROACH, )<br>)<br>  Plaintiffs, )<br>)<br>)<br>)<br>v. )<br>)<br>NORCOLD, INC., )<br>)<br>  Defendant. )<br>) | CIVIL ACTION NO.<br>2:07-CV-454-ID |

O R D E R

Upon CONSIDERATION of Defendant Norcold, Inc.'s motion to extend the deadline to move to amend pleadings, filed September 20, 2007 (Doc. No. 21), it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline in Section 4 of the Uniform Scheduling Order is hereby EXTENDED to October 22, 2007, for Plaintiffs and to November 21, 2007, for Defendant.

DONE this 21st day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE