**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTO** | ) | |
| **INSURANCE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cv-454-ID** |
| | ) | |
| **NORCOLD, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Plaintiff, Allstate Insurance Company, and makes the following corporate disclosure statement:

1.　　Plaintiff Allstate Insurance Company is a publicly-traded stock company with its home office in Chicago, Illinois.

2.　　Allstate is a wholly owned subsidiary of Allstate Insurance Group.

3.　　In addition to Allstate Insurance Company, Allstate Insurance Group owns the following subsidiaries:

　　　　a.　　Allstate County Mutual Ins. Co.;

　　　　b.　　Allstate Fire & Casualty Ins. Co.;

　　　　c.　　Allstate Indemnity Co.;

　　　　d.　　Allstate North American Ins. Co.;

　　　　e.　　Allstate Property & Casualty Ins. Co.;

　　　　f.　　Allstate Texas Lloyd's;

　　　　g.　　Deerbrook Insurance Co.;

　　　　h.　　Encompass Indemnity Company; and

i.      Northbrook Indemnity Company.

Respectfully submitted this 3rd day of October, 2007.

**s/Gary L. Willford, Jr.**
GARY L. WILLFORD, JR. – Bar No. WIL198
Attorney for Allstate Insurance Company
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **3rd day of October, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **William Sawyer, Esq. and Jennifer M. Busby, Esq.**

**s/Gary L. Willford, Jr.**
OF COUNSEL

2