IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO. ) | |
| as subrogee of DANIEL J. ROACH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| ) | 2:07-CV-454-ID |
| v. ) | |
| ) | |
| NORCOLD, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

O R D E R

Upon CONSIDERATION of the motion to intervene, filed by Allstate Insurance Company ("Allstate"), as subrogee of its Insured, Marilyn S. Roach (Doc. No. 24), it is ORDERED that Plaintiffs and Defendant show cause, if any there be, on or before October 17, 2007, why said motion should not be granted.  Allstate may file a reply, if desired, on or before October 24, 2007.

DONE this 3rd day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE