IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL ROACH, <br>     Plaintiff, <br><br>vs. <br><br>NORCOLD, INC., <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 2:07cv454-ID |

### STATE FARM'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION

Comes now the Plaintiff and responds to Defendant's Request for Production:

1.  All documents in possession of State Farm or its insured Daniel Roach are attached.

/s/ William P. Sawyer
William P. Sawyer - SAW003
Attorney for Plaintiff State Farm Mutual
Auto Insurance aso Daniel Roach

### CERTIFICATE OF SERVICE

I do hereby certify that on October 17, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. Busby, Esq.
Burr & Forman, LLP
420 N. 20th Street, Ste 3400
Birmingham, AL 35203

/s/ William P. Sawyer
OF COUNSEL