IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO. )<br>as subrogee of DANIEL J. ROACH, )<br>)<br>Plaintiffs, )<br>)<br>)<br>)<br>v. )<br>)<br>NORCOLD, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>2:07-CV-454-ID |

O R D E R

Before the court is a motion to intervene, filed by Allstate Insurance Company ("Allstate"), as subrogee of its insured, Marilyn S. Roach. (Doc. No. 24.) Neither Plaintiffs nor Defendant have objected to Allstate's intervention or disputed that Allstate meets the requirements for intervention set out in Rule 24(a)(2) or, alternatively, in Rule 24(b)(2) of the Federal Rules of Civil Procedure. Accordingly, it is CONSIDERED and ORDERED that Allstate's motion to intervene as of right pursuant to Rule 24(a)(2) be and the same is hereby GRANTED. In the alternative, Allstate's motion for permissive intervention pursuant to Rule 24(b)(2) is hereby GRANTED.

DONE this 29th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE