**IN THE UNITED STATES DISTRICT COURT OF ALABAMA**
**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL ROACH,** )<br>)<br>)<br>) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 2:07cv454-ID |
| ) | |
| **NORCOLD, INC.,** ) | |
| ) | |
| ) | |
|     **Defendants.** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Comes now the Plaintiff, Daniel A. Roach, an Individual, and in accordance with the Order of this Court, make the following Disclosure:

1. There are no entities to be reported.

    /s/ William P. Sawyer
    William P. Sawyer - SAW003
    Attorney for Plaintiff State Farm Mutual
    Auto Insurance aso Daniel Roach

**CERTIFICATE OF SERVICE**

I do hereby certify that on October 31, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. Busby, Esq.
Burr & Forman, LLP
420 N. 20th Street, Ste 3400
Birmingham, AL 35203

    /s/ William P. Sawyer
    OF COUNSEL