**IN THE UNITED STATES DISTRICT COURT OF ALABAMA**
**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **STATE FARM MUTUAL AUTO** ) | |
| **INSURANCE COMPANY as subrogee of** ) | |
| **DANIEL ROACH,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Case No.: 2:07cv454-ID |
| ) | |
| **NORCOLD, INC.,** ) | |
| ) | |
| ) | |
|     **Defendants.** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

      Comes now the Plaintiff, State Farm Mutual Auto Insurance Company, a Corporation, in the above captioned matter, and in accordance with the Order of this Court, makes the following Disclosure concerning parent companies, subsidiaries, partners, limited liability entity member and managers, trustees, affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

1. State Farm is primarily engaged in the business of selling various types of insurance with its home office in Bloomington, Illinois. The companies and entities which are owned by State Farm are listed below.
2. State Farm Mutual Auto Insurance Company
3. State Farm Life and Accident Assurance Company
4. State Farm Life Insurance Company
5. State Farm Fire and Casualty Company
6. State Farm County Mutual Insurance Company of Texas
7. State Farm Indemnity Company
8. State Farm Guaranty Insurance Company
9. State Farm General Insurance Company
10. State Farm Florida Insurance Company
11. State Farm Lloyds
12. State Farm Bank FSB
13. State Farm Investment Management Corporation

                                            /s/ William P. Sawyer
                                            William P. Sawyer - SAW003
                                            Attorney for Plaintiff State Farm Mutual
                                            Auto Insurance aso Daniel Roach

**CERTIFICATE OF SERVICE**

      I do hereby certify that on October 31, 2007 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. Busby, Esq.
Burr & Forman, LLP
420 N. 20th Street, Ste 3400
Birmingham, AL 35203

                                                /s/ William P. Sawyer
                                                OF COUNSEL