IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL J. ROACH, )<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:07cv454-ID<br>)<br>)<br>)<br>)<br>) |

## MOTION TO EXTEND THE DEADLINE TO MOVE TO AMEND PLEADINGS

Defendant Norcold, Inc., by and through undersigned counsel, hereby moves to extend the deadline to move to amend its pleadings by sixty days.

1. Norcold served discovery requests on State Farm on September 28, 2007. State Farm's counsel has had pneumonia for the past month and has therefore been unable to respond to Norcold's First Set of Interrogatories.

2. Additionally, Allstate Insurance Company was permitted to file a Complaint in Intervention on October 29, 2007. As such, Norcold has not had sufficient time to conduct discovery with regards to Allstate's claims.

3. Thus, Norcold needs additional time to conduct the necessary discovery and determine whether an amendment is necessary. Therefore, Norcold requests that the Court extend the deadline for Norcold to move to amend its pleadings by sixty days.

4. State Farm agrees to Norcold's Motion to Extend the Deadline to Move to Amend Pleadings.

1621849 v1

5.  No parties will not be prejudiced by this extension because the discovery cut-off date is August 28, 2008 and the trial is scheduled for October 20, 2008.

WHEREFORE, Defendant Norcold respectfully requests a sixty day extension to move to amend its pleadings.

/s/ Briana M. Montminy
Jennifer M. Busby (BUS009)
Briana M. Montminy (MON067)

Attorneys for Defendants
NORCOLD, INC.

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2007, a true and correct copy of the above and foregoing document was served via the Court's electronic filing system to the following:

William P. Sawyer
428 South Lawrence Street
P.O. Box 98
Montgomery, Alabama 36101

Gary L. Wilford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama 36124

/s/ Briana M. Montminy
Briana M. Montminy