IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO. )<br>as subrogee of DANIEL J. ROACH, )<br>                                    )<br>    Plaintiffs,                   )<br>                                    )<br>                                    )<br>v.                                      )<br>                                    )<br>NORCOLD, INC.,                )<br>                                    )<br>    Defendant.                  )<br>                                    ) | CIVIL ACTION NO.<br>2:07-CV-454-ID |

O R D E R

Upon CONSIDERATION of Defendant Norcold, Inc.'s unopposed motion to extend the deadline to move to amend pleadings (Doc. No. 36), it is ORDERED that said motion be and the same is hereby GRANTED to and including January 18, 2008.

DONE this 26th day of November, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE