IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO ) | |
| INSURANCE COMPANY as subrogee of ) | |
| DANIEL ROACH, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:07cv454-ID |
| ) | |
| NORCOLD, INC., ) | |
| ) | |
| ) | |
|     Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
AND ADD AN ADDITIONAL DEFENDANT**

Comes now the Plaintiff and moves the Court to grant leave to amend Plaintiff's complaint and add Monaco Coach Corporation as a Defendant and for grounds unto the Court as follows:

1. Plaintiff has recently learned through Discovery that Monaco Coach Corporation manufactured, assembled, designed and placed in the stream of commerce the 2004 travel trailer made the basis of this action.
2. Monaco Coach Corporation issued their recall number R04060 stating "on certain fifth wheel trailers equipped with LPG an excess of LPG hose was coiled in the rear refrigerator compartment causing the hose to be routed in close proximity to the burner flue box cover of the refrigerator." This could potentially cause fire or explosion.
3. No party will be prejudiced by the amendment.

    /s/ William P. Sawyer
    William P. Sawyer - SAW003
    Attorney for Plaintiff State Farm Mutual
    Auto Insurance aso Daniel Roach

## CERTIFICATE OF SERVICE

      I do hereby certify that on January 9, 2008 I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer M. Busby, Esq. | Gary L. Wilford, Jr., Esq. |
| Burr & Forman, LLP | P.O. Box 2409090 |
| 420 N. 20th Street, Ste 3400 | Montgomery, AL 36124 |
| Birmingham, AL 35203 | |

                                      /s/ William P. Sawyer
                                      OF COUNSEL