IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO., et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO. 2:07cv454-ID |
| v. | ) ) |
| NORCOLD, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' motion for leave to amend complaint and add an additional defendant (Doc. No. 38), filed January 9, 2008, it is ORDERED that said motion be and the same is hereby DENIED without prejudice, with leave to refile. The motion does not comply with the Middle District of Alabama's Local Rule 15.1 because Plaintiffs did not attach the proposed amended complaint to the motion. See M.D. Ala. LR 15.1. The proposed amended complaint must reproduce the entire pleading as amended and may not incorporate any prior pleading by reference. See id.

DONE this 10th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE