IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO., et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO. 2:07cv454-ID |
| v. | ) ) |
| NORCOLD, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Allstate Insurance Co.'s motion to amend (Doc. No. 42), filed January 18, 2008, it is ORDERED that Defendant Norcold, Inc., and Plaintiff State Farm Mutual Auto Insurance Co. show cause, if any there be, on or before January 28, 2008, why said motion should not be granted.

DONE this 18th day of January, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE