IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY and DANIEL J. ROACH,<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:07-cv-00454-<br>) ID-TFM<br>)<br>)<br>)<br>) |

## NORCOLD, INC.'S RESPONSE TO STATE FARM'S MOTION FOR LEAVE TO AMEND COMPLAINT

Norcold, Inc., by and through undersigned counsel, hereby files its Response to State Farm's Motion for Leave to Amend Complaint and Add an Additional Defendant.

1. Norcold does not object to State Farm's request to add Monaco Coach Corporation.

2. Norcold, however, reserve its right to object to certain claims contained in the proposed amendment if those claims are directed at Norcold on the basis that this Court has previously dismissed them.

/s/ Briana M. Montminy
Jennifer M. Busby (BUS009)
Briana M. Montminy (MON067)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Defendants
NORCOLD, INC.

1638207 v1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of January 2008, the foregoing was filed electronically with the Clerk of the United States District Court for the Middle District of Alabama using the CM/ECF system, which will send notification of such filing to all counsel of record:

William P. Sawyer
428 South Lawrence Street
P.O. Box 98
Montgomery, Alabama 36101

Gary L. Wilford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama 36124

                                                         /s/ Briana M. Montminy
                                                         Of Counsel

1638207 v1