IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO., et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO. 2:07cv454-ID |
| v. | ) ) |
| NORCOLD, INC., | ) ) |
| Defendant. | ) |

## ORDER

Upon CONSIDERATION of the motions to amend filed by State Farm Mutual Auto Insurance Company and Allstate Insurance Co., (Doc. Nos. 40, 42), and no objections having been interposed (see, e.g., Doc. No. 45), it is ORDERED that said motions be and the same are hereby GRANTED.

Done this 29th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE