| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Roy Carroll   C. Date of Delivery: 2-4-08<br>D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Monaco Coach Corporation<br>806 Nelson Pkwy.<br>Wakarusa, IN  45673<br><br>07cv454  S+Amd Cmp | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 7004 1160 0001 1420 4274 | |
| PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540 | |