IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY and DANIEL J. ROACH, <br><br> Plaintiffs, <br><br> v. <br><br> NORCOLD, INC., et al. <br><br> Defendants. | CIVIL ACTION NO. 2:07-cv-00454-ID-TFM |

## DEFENDANT NORCOLD, INC.'S MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Norcold, Inc., by and through undersigned counsel, hereby moves to dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted. In support this motion, Norcold states as follows:

1. On January 30, 2008, Plaintiff State Farm filed its Amended Complaint, which contained Counts I, II, and III, which have already been dismissed against Norcold for failure to state a claim. These Counts, if pending by way of this Amendment are due to be dismissed again for the same reason. *See* Norcold's Motion to Dismiss Complaint filed on May 24, 2007 and Norcold's Motion to Dismiss Amended Complaint filed on June 27, 2007 and Court's Order dated July 18, 2007.

2. Plaintiff cannot state a claim against Norcold for breach of express warranty or implied warranty because there is no privity of contract between Norcold and Plaintiff. *Id.*

3. Plaintiff also cannot state a claim against Norcold for breach of contract because there is no contract between Norcold and Plaintiff. *Id.*

- 1 -

1642763 v1

4. Further, all claims against Norcold should be dismissed with prejudice because all of the allegations in the Amended Complaint are directed at the "manufacturer of the travel trailer." Plaintiff is aware that Norcold did not manufacture the travel trailer at issue. In fact, Plaintiff has now amended its complaint to add Monaco Coach Corporation, the alleged manufacturer of the travel trailer. By Plaintiff adding Monaco to this action, Plaintiff has admitted Norcold is not the "manufacturer of the travel trailer."[1] Thus, Norcold should be dismissed.

WHEREFORE, Defendant Norcold, Inc. respectfully requests the Court dismiss all claims against Norcold.

/s/ Briana M. Montminy
Jennifer M. Busby (BUS009)
Briana M. Montminy (MON067)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Defendants
NORCOLD, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February 2008, the foregoing was filed electronically with the Clerk of the United States District Court for the Middle District of Alabama using the CM/ECF system, which will send notification of such filing to all counsel of record:

William P. Sawyer

---

[1] Although it is titled an Amended Complaint, it appears that Plaintiff was really substituting Monaco for Norcold. The Amendment only adds claims against Monaco. Although a few paragraphs in the Amendment use the word "Defendants," it appears that was a typographical error by Plaintiff as the title of the Amendment is "Claims Against Monaco Coach Corporation."

1642763 v1

- 3 -

428 South Lawrence Street
P.O. Box 98
Montgomery, Alabama 36101

Gary L. Wilford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama 36124

                                                /s/ Briana M. Montminy
                                                Of Counsel