IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO. )<br>as subrogee of DANIEL J. ROACH, )<br>  )<br>　　　Plaintiffs, )<br>  ) CIVIL ACTION NO.<br>  ) 2:07-CV-454-ID<br>v. )<br>  )<br>NORCOLD, INC., )<br>  )<br>　　　Defendant. )<br>  ) | |

O R D E R

Upon CONSIDERATION of Defendant Norcold, Inc.'s Motion to Dismiss Amended Complaint, filed February 13, 2008, (Doc. No. 51), it is ORDERED that Plaintiffs show cause on or before February 21, 2008, if any there be, why said motion should not be GRANTED.

DONE this 14th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE