IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL ROACH,<br>      Plaintiff, | )<br>)<br>)<br>) |
| vs. | )    Case No.: 2:07cv454-ID |
| NORCOLD, INC., | )<br>)<br>) |
|       Defendants. | ) |

## MOTION TO DISMISS

Comes Now, the Plaintiffs and moves the court to dismiss the defendant NORCOLD, INC., with prejudice; cost taxed as paid.

/s/ William P. Sawyer
William P. Sawyer
Attorney at Law
428 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-262-2756

## CERTIFICATE OF SERVICE

I do hereby certify that on March 10, 2008, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. Busby, Esq.
Burr & Forman, LLP
420 N. 20th Street, Ste 3400
Birmingham, AL 35203

Gary L. Wilford, Jr., Esq.
P.O. Box 2409090
Montgomery, AL 36124

Stephen L. Poer, Esq.
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

/s/ William P. Sawyer
OF COUNSEL

**IN THE UNITED STATES DISTRICT COURT OF ALABAMA**
**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY as subrogee of DANIEL ROACH,<br>   Plaintiff, | )<br>)<br>)<br>)<br>) |
| vs. | ) Case No.: 2:07cv454-ID |
| | ) |
| NORCOLD, INC., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

The foregoing motion having been presented to the Court, and same having been considered, it is hereby

ORDERED, ADJUDGED and DECREED that the above styled cause is dismissed with prejudice.

Done this the ____ day of _____, 2008.

_____
Judge

cc:   William P. Sawyer