IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INS. CO. )<br>as subrogee of DANIEL J. ROACH, )<br>)<br>    Plaintiff, )<br>) CIVIL ACT. NO. 2:07cv454-ID<br>v. )<br>)<br>NORCOLD, INC., *et al.*, )<br>)<br>    Defendants. )<br>) | |

**ORDER**

Upon CONSIDERATION of the Motion to Dismiss filed by State Farm Mutual Auto Insurance Co., as subrogee of Daniel Roach ("Plaintiff"), filed March 10, 2008 (Doc. No. 55), it is ORDERED that said Motion be and the same is hereby GRANTED and that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant Norcold, Inc., be and the same is hereby DISMISSED with prejudice, costs taxed as paid.

It is further CONSIDERED and ORDERED that Defendant Norcold, Inc.'s ("Norcold") Motion to Dismiss Amended Complaint be and the same is hereby DENIED as moot. (Doc. No. 51.)

DONE this 11th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE