IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY, as subrogee of DANIEL ROACH, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:07cv454-ID |
| NORCOLD, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, State Farm Mutual Auto Insurance Company and Monaco Coach Corporation, by and through their undersigned attorneys, and advise the Court that a settlement has been reached with regard to all claims brought in the above-styled litigation by State Farm Mutual Auto Insurance Company against Monaco Coach Corporation.

WHEREFORE the Parties hereby agree that the Complaint shall be dismissed with prejudice, costs taxed as paid, and would further move this Honorable Court to enter an Order ratifying said Stipulation of Dismissal, with prejudice.

DONE this the ___3___ day of ___April___, 2008.

Respectfully submitted,

_____
William P. Sawyer
Attorney for State Farm Mutual Auto
Insurance, as subrogee for Daniel Roach

OF COUNSEL:
SANSPREE & McRIGHT
603 Martha Street
Montgomery, Alabama 36104
334-262-1001

                                               /s/ Stephen L. Poer
                                               Stephen L. Poer
                                               Attorney for Defendant
                                               Monaco Coach Corporation

<u>OF COUNSEL</u>:
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 251-1000

IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY, as subrogee of DANIER ROACH, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORCOLD, INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>2:07cv454-ID |

## ORDER OF DISMISSAL

COMES NOW this matter before the Court on the Joint Motion to Dismiss all claims against Defendant Monaco Coach Corporation and the Court having heard and considered the motion, hereby finds said motion is due to be granted. Accordingly, it is hereby ordered, that all claims against the Defendant Monaco Coach Corporation are hereby dismissed with prejudice, cost taxed as paid.

Done this the _____ day of _____, 2008.

_____
United States District Judge