IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE CO., as subrogee of ) <br> its Insured, Marilyn S. Roach, ) <br> ) <br>     Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> NORCOLD, INC., and MONACO COACH ) <br> CORP., ) <br> ) <br>     Defendant(s). ) <br> ) | CIV. A. NO. 2:07cv454-ID |

**ORDER**

In prior orders, the court dismissed the claims brought by Plaintiff State Farm Mutual Auto Insurance Co., as subrogee of its insured (Daniel J. Roach), against Defendants Norcold, Inc., and Monaco Coach Corp. (See Doc. Nos. 56, 58.) To avoid confusion in this case, it is hereby CONSIDERED and ORDERED that the caption of this case is changed to reflect that this action is proceeding only as to the claims brought by Plaintiff Allstate Insurance Co., as subrogee of its Insured (Marilyn S. Roach), against Defendants Norcold, Inc., and Monaco Coach Corp. The parties are DIRECTED to use the new caption as it appears on this Order for all future submissions to the court.

    Done this 14th day of July, 2008.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE