IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE CO., as subrogee of its Insured, Marilyn S. Roach,<br><br>   Plaintiff(s),<br><br>v.<br><br>NORCOLD, INC., and MONACO COACH CORP.,<br><br>   Defendant(s). | )<br>)<br>)<br>)<br>)   CIV. A. NO. 2:07cv454-ID<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The court has been orally advised that the remaining parties in this lawsuit, as set out in the caption above, have reached a settlement. Accordingly, it is CONSIDERED and ORDERED that the parties file a joint stipulation of dismissal on or before August 11, 2008.

Done this 28th day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE