## IN THE UNITED STATES DISTRICT COURT OF ALABAMA
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY,** | ) | |
| **as subrogee of DANIEL ROACH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:07cv454-ID** |
| **NORCOLD, INC., and MONACO COACH** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, Allstate Insurance Company, Norcold, Inc. and Monaco Coach Corporation, by and through their undersigned attorneys, and advise the Court that a settlement has been reached with regard to all claims brought in the above-styled litigation by Allstate Insurance Company against Monaco Coach Corporation and Norcold, Inc.

WHEREFORE the Parties hereby agree that the Complaint shall be dismissed with prejudice, costs taxed as paid, and would further move this Honorable Court to enter an Order ratifying said Stipulation of Dismissal, with prejudice.

DONE this the _29TH_ day of _July_, 2008.

Respectfully submitted,

_[signature]_

Gary L. Willford
Attorney for Allstate Insurance Company
as subrogee for Daniel Roach

OF COUNSEL:
SANSPREE & McRIGHT
603 Martha Street
Montgomery, Alabama 36104
334-262-1001

Stephen L. Poer
Attorney for Defendant
Monaco Coach Corporation

OF COUNSEL:
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 251-1000

Ginger Busy
Attorney for Defendant
Norcold, Inc.

OF COUNSEL:
BURR & FOREMAN, LLP
3400 Wachovia Tower
420 20th Street North
Birmingham, Al. 35203

## IN THE UNITED STATES DISTRICT COURT OF ALABAMA
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY**<br>**as subrogee of DANIEL ROACH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:07cv454-ID** |
| **NORCOLD, INC., and MONACO COACH** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL

COMES NOW this matter before the Court on the Joint Motion to Dismiss all claims against

all Defendants and the Court having heard and considered the motion, hereby finds said motion is

due to be granted. Accordingly, it is hereby ordered, that all claims against the Defendants Monaco

Coach Corporation and Norcold, Inc. are hereby dismissed with prejudice, cost taxed as paid.

Done this the _____ day of _____, 2008.


_____
United States District Judge